IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MICHAEL A. MORGAN,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-377(MTT) |
| **TURTON PROPERTIES,** | ) |
| **Defendant.** | ) |

## ORDER

Before the Court is Plaintiff Michael Morgan's Complaint. (Doc. 1). Though the Plaintiff references his "pauper" status in the Complaint, he fails to attach a Motion to Proceed In Forma Pauperis and the appropriate financial affidavits.

Pursuant to 28 U.S.C. § 1915(a), a district court must determine whether the statements contained in a financial affidavit satisfy the requirement of poverty. *Martinez v. Kristi Cleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004). "Such affidavit will be held sufficient if it represents that the litigant, because of his poverty, is unable to pay for the court fees and costs, and to support and provide necessities for himself and his dependents." *Id.* at 1307. The Court cannot yet make this determination, however, because the Plaintiff has failed to file the appropriate IFP Motion, IFP form, or any financial affidavit at all, for the Court to analyze. Accordingly, the Plaintiff is **ORDERED** to file a Motion to Proceed In Forma Pauperis and an Application to Proceed without

Prepaying Fees Non-Prisoner Long Form within **14 days** of the entry of this Order or his Complaint will be dismissed without prejudice.

    **SO ORDERED**, this 17th day of January, 2013.

                        <u>S/ Marc T. Treadwell</u>
                        MARC T. TREADWELL, JUDGE
                        UNITED STATES DISTRICT COURT